UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

WOODHAVEN HOMES & REALTY, INC.

    Plaintiff,

v.                                Case No. 01-C-778

BARBARA HOTZ, DALE HOTZ,
DOUGLAS E. ROBBINS, and
ROBBINS ELECTRIC, INC.,

    Defendants.

## ORDER

Based on the joint rule 7.4 expedited non-dispositive motion to amend the briefing schedule,

**IT IS HEREBY ORDERED** that the parties shall brief the issue of reasonable attorney fees and costs to which Robbins is entitled under 17 U.S.C. § 505 according to the following amended schedule:

(2)    Woodhaven shall submit a response brief no later than **October 11, 2005**.

(3)    Robbins may submit a reply brief no later than **November 2, 2005**.

Dated at Milwaukee, Wisconsin, this 12th day of October, 2005.

                                        BY THE COURT:

                                        s/Rudolph T. Randa
                                        HON. RUDOLPH T. RANDA
                                        Chief Judge