AO 450 (Rev. 5/85) Judgment in a Civil Case ⊗

# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

**WOODHAVEN HOMES & REALTY, INC.,**

        Plaintiff,

        V.                        CASE NUMBER: **01-C-778**

**BARBARA AND DALE HOTZ,**

        Defendant.

        V.

**DOUGLAS E. ROBBINS and**
**ROBBINS ELECTRIC, INC.,**

        Defendants.

☐    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒    **Decision by Court.** This action came on for consideration and a decision has been rendered.

IT IS ORDERED AND ADJUDGED **that upon remand by the Seventh Circuit Court of Appeals, the defendants Douglas E. Robbins and Robbins Electric, Inc. are awarded reasonable attorney fees of $75,000.00 pursuant to 17 U.S.C. § 505 from plaintiff Woodhaven Homes & Realty, Inc. Woodhaven Homes & Realty, Inc. shall arrange for payment of this amount to the defendants in a manner that is mutually convenient. This action is hereby DISMISSED.**

**January 5, 2007**
Date

Clerk

s/ Linda M. Zik
(By) Deputy Clerk

*Approved as to Form:*

*s/ Rudolph T. Randa*
*Hon. Rudolph T. Randa*
*Chief Judge*

*July 5, 2007*
*Date*